

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00105-CR

_____

WINSTON CLAYTON HOLT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court
Marion County, Texas
Trial Court No. 14556

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The appellant, Winston Clayton Holt, has filed a motion to dismiss his appeal. The motion was signed by both Holt and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:     August 18, 2015
Date Decided:       August 19, 2015

Do Not Publish